UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PRESTON PORTIS, JR.,

            Petitioner,                            Case No. 1:09cv846

v.                                                              Hon. Robert J. Jonker

PATRICIA CARUSO, et al.,

            Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 24, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 24, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the motion for summary judgment by R.N. Habtemariam is **GRANTED**. Defendant Habtemariam is **DISMISSED** from this case.

                                                                       /s/ Robert J. Jonker
                                                                     ROBERT J. JONKER
                                                              UNITED STATES DISTRICT JUDGE

DATED: February 24, 2011.