UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESTON PORTIS, JR.,

        Plaintiff,

                                     CASE NO. 1:09-CV-846

v.

                                     HON. ROBERT J. JONKER

PATRICIA CARUSO, *et al.*,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 129). The Report and Recommendation was duly served on the parties on June 6 and 7, 2011. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 6, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment filed by R.N. Rowland (docket # 95) and R.N. Gregurek (docket # 107) are **GRANTED**. Defendants Rowland and Gregurek are **DISMISSED** with prejudice from this action.

                                                /s/Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

Dated: July 19, 2011