UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESTON PORTIS, JR.,

       Plaintiff,

                                            CASE NO. 1:09-CV-846

v.

                                            HON. ROBERT J. JONKER

PATRICIA CARUSO, *et al.*,

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 133). The Report and Recommendation was duly served on the parties on February 3 and 6, 2012. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 3, 2012 (docket # 133), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant R.N. Bates's uncontested motion to set aside the default (docket # 116) is **GRANTED**.

**IT IS FURTHER ORDERED** that the uncontested motions for summary judgment by defendants Richard Czech (docket # 120) and R.N. Bates (docket # 127) are **GRANTED**, and Defendants Richard Czech and R.N. Bates are **DISMISSED** from this action.

It is further ordered that Defendant Iqbal's uncontested motion to dismiss and/or for summary judgment (docket # 130) is **GRANTED**, and Defendant Iqbal is **DISMISSED** from this action.

Dated:     March 2, 2012            /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE