UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESTON PORTIS, JR.,

        Plaintiff,                      Case No. 1:09cv846

v.                                          Hon. Robert J. Jonker

PATRICIA CARUSO, et al.,

        Defendants.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 5, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 5, 2012, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the defendants Dr. William Nelson and PA Donna Rohrs' motion for summary judgment (docket #136) is **GRANTED**.  This action is **DISMISSED**.

                                                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE

DATED:  November 28, 2012.